```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                                    :
ANTHONY J. JOHNSON,                 :
                                    :   Civil Action No. 11-4677 (RMB)
            Plaintiff,              :
                                    :
      v.                            :            ORDER
                                    :
WAYNE MAYNARD, ESQ., et al.,        :
                                    :
            Defendants.             :
_____:
```

For the reasons expressed in the Opinion filed herewith,

IT IS on this 23rd day of December, 2013,

ORDERED that the Clerk shall reopen this matter for the purposes of the Court's examination of Plaintiff's motions, docketed as Docket Entries Nos. 9 and 13, by making a new and separate entry on the docket reading, "CIVIL CASE REOPENED"; and it is further

ORDERED that Plaintiff's motion, Docket Entry No. 9, seeking to file an amended complaint, is granted; and it is further

ORDERED that Plaintiff's amended complaint is dismissed; and it is further

ORDERED that Plaintiff's motion, Docket Entry No. 13, seeking reconsideration of the Court's prior ruling, is denied; and it is further

ORDERED that the Clerk shall terminate this matter as wholly duplicative of Johnson v. Camden County Prosecutors Office, Civil Action No. 11-3588 (RMB) (D.N.J.) (filed June 22, 2011), by

making a new and separate entry on the docket reading, "CIVIL CASE TERMINATED"; and it is further

ORDERED that the Clerk shall docket this Order and the Opinion filed herewith in <u>Johnson v. Camden County Prosecutors Office</u>, Civil Action No. 11-3588, accompanying each such docket entry with the docket text reading, "DOCKETED FOR INFORMATIONAL PURPOSES"; and it is further

ORDERED that the Court's determination as to the totality of Plaintiff's challenges raised in <u>Johnson v. Camden County Prosecutors Office</u>, Civil Action No. 11-3588, is reserved and will be entered in that matter; and it is further

ORDERED that the Court's determination as to continuation of appointment of Plaintiff's <u>pro bono</u> counsel for the purposes of <u>Johnson v. Camden County Prosecutors Office</u>, Civil Action No. 11-3588, is reserved and will be entered in that matter; and it is finally

ORDERED that the Clerk shall serve this Order and the Opinion filed herewith upon Plaintiff by regular U.S. mail.

      <u>S/Renée Marie Bumb</u>
      **RENÉE MARIE BUMB,**
      **United States District Judge**